JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Nevada Bar No. 13575
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DAVIS,<br><br>　　　　Defendant. | 2:24-cr-0063-JCM-NJK<br><br>**Order Approving Stipulation to Continue Hearing Regrading Pretrial Release**<br><br>**(First Request)** |

　　　Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

### FINDINGS OF FACT

1. The parties agree to the continuance.

2. The defendant is currently in a residential treatment program in Fallon, Nevada.

3. Removing the defendant from that program may have a detrimental effect on the defendant's ongoing treatment and his efforts to achieve and maintain sobriety.

4. The parties agree to continue this hearing until after defendant completes the residential treatment program.

5. The additional time requested herein is not sought for purposes of delay, but to facilitate defendant's treatment and maximize his chances at achieving and maintaining sobriety.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7), and 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would disrupt defendant's treatment and potentially impair his efforts to achieve and maintain sobriety, which may impair his ability to meet with and consult his attorney regarding his case.

The time from the continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7), and 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

## ORDER

IT IS HEREBY ORDERED that the hearing regarding pretrial release, be vacated and continued to August 12, 2024 at the hour of 2:30 p.m. in Courtroom 3B before Magistrate Judge Weksler.

DATED this 11th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE