MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID DAVIS,<br><br>　　　　Defendant. | Case No. 2:24-CR-00063-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING REGARDING PRETRIAL RELEASE**<br><br>**(SECOND REQUEST)** |

　　　　IT IS HEREBY STIPULATED and AGREED, by and between DAVID DAVIS, Defendant, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY, and United States Attorney, by and through JASON M. FRIERSON, United States Attorney and STEVEN J. ROSE, Assistant United States Attorney, and that the pretrial release hearing currently scheduled for August 12, 2024, at 2:30 p.m. be vacated and continued for at least 2 weeks from the current date or to a date and time convenient to this Court.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　Counsel needs additional time to prepare and defense counsel is not available for the current date.

　　　　2.　　The parties agree to the continuance. Defendant Davis is in custody in Westcare transitional housing and agrees to the continuance requested herein.

　　　　3.　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

4.  The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5.  This is the second request for a continuance of the hearing regarding pretrial release.

DATED: August 1, 2024.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| | |
| By  /s/ *Monti Jordana Levy* | By  /s/ *Steven Rose* |
| MONTI JORDANA LEVY, ESQUIRE | STEVEN ROSE |
| Counsel for Defendant | Assistant United States Attorney |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS HEREBY ORDERED that the hearing regarding pretrial release, be vacated and continued to September 9, 2024 at the hour of 10:00 a.m. in Courtroom 3D

DATED this 6th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE