UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID DAVIS,

    Defendant,

CASE NO. 2:24-CR-000063-JCM-NJK

**ORDER**

**IT IS HEREBY ORDERED** that the Motion to Allow Defendant Davis to Travel to Michigan (ECF No. 108) is GRANTED.,

**IT IS FURTHER ORDERED** that the conditions of Mr. Davis's pretrial release be modified to allow him to travel from Nevada to Detroit, Michigan, for his sister's funeral from August 6-10, 2024. All other conditions of Pretrial Supervision remain in effect.

IT IS SO ORDERED.

Dated: August 7, 2024.

ELAYNA Y. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3