1  MONTI JORDANA LEVY, ESQUIRE
   Nevada Bar No. 8158
2  WRIGHT MARSH & LEVY
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Office: (702) 382-4004
   Fax: (702) 382-4800
5  mlevy@wmllawlv.com
   Attorneys for Defendant
6

7                       UNITED STATES DISTRICT COURT

8                        FOR THE DISTRICT OF NEVADA

9
   UNITED STATES OF AMERICA,          )
10                                    )    Case No. 2:24-CR-00063-JCM-NJK
        Plaintiff,                    )
11                                    )    **STIPULATION AND ORDER TO**
        vs.                           )    **CONTINUE THE HEARING**
12                                    )    **REGARDING PRETRIAL RELEASE**
   DAVID DAVIS,                       )
13                                    )    **(THIRD REQUEST)**
        Defendant.                    )
14  _____)

15      IT IS HEREBY STIPULATED and AGREED, by and between DAVID DAVIS, Defendant,

16  by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY,

17  and United States Attorney, by and through JASON M. FRIERSON, United States Attorney and

18  STEVEN J. ROSE, Assistant United States Attorney, and that the pretrial release hearing currently

19  scheduled for September 9, 2024, at 10:00 a.m. be vacated and continued for at least 55 days from

20  the current date or to a date and time convenient to this Court.

21      This stipulation is entered into for the following reasons:

22      1.  Mr. Davis was successfully released from inpatient treatment on July 19, 2024, and

23  was immediately enrolled in intensive outpatient treatment (IOP) at Westcare.  He is scheduled to

24  graduate from IOP on September 17, 2024, and will subsequently begin outpatient treatment.  His

25  drug tests have been negative, and he is participating in Foundations for Independent Tomorrow

26  (FIT) where he was assigned a case worker, who is helping him obtain employment.

27      2.  The parties request to continue the hearing to monitor Mr. Davis's progress.

28      3.  The parties agree to the continuance.  Defendant Davis is not in custody.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the third request for a continuance of the hearing regarding pretrial release.

DATED: September 3, 2024.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| By  /s/ Monti Jordana Levy | By  /s/ Steven Rose |
| MONTI JORDANA LEVY, ESQUIRE | STEVEN ROSE |
| Counsel for Defendant | Assistant United States Attorney |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

IT IS HEREBY ORDERED that the hearing regarding pretrial release, be vacated and continued to October 30, 2024 at 10:00 a.m. in a courtroom to be determined.

DATED this 5th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE