UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:24-CR-00063-JCM-NJK |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| DAVID DAVIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter having come before the Court on the parties' Stipulation to Modify Conditions of Pretrial Release, hereby orders as follows:

    1.    Defendant Davis' conditions of home detention will be modified to terminate the condition of home detention, effective immediately; and

    2.    All other conditions of his pretrial release remain effective, for now, in full force and effect.

DATED this 8th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE