MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com

Attorney for David Davis

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DAVID DAVIS, <br> Defendant. | CASE NO. 2:24-CR-00063-JCM-NJK |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(First Request)**

IT IS HEREBY STIPULATED and AGREED, by and between the United States of American, by and through SIGAL CHATTAH, Acting United States Attorney, and STEVEN J. ROSE, Assistant United States Attorney; and Defendant DAVID DAVIS, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for August 18, 2025, at 10:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 90 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Davis's sentencing.

2. The parties agree to the continuance. Defendant Davis is on pretrial release and agrees to the continuance requested herein.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing.

Dated this 8th day of August, 2025.

Respectfully submitted:

| WRIGHT MARSH & LEVY | SIGAL CHATTAH |
|---|---|
| | ACTING UNITED STATES ATTORNEY |
| BY  /s/ Monti Jordana Levy | BY  /s/ Steven J. Rose |
| MONTI JORDANA LEVY, ESQUIRE | STEVEN J. ROSE |
| Attorney for David Davis | Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID DAVIS, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:24-CR-00063-JCM-NJK |

Pursuant to the Stipulation of the Parties, and for good cause appearing, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for August 18, 2025, at 10:00 a.m., be vacated and continued to **November 17, 2025, at 10:30 a.m.**

DATED: August 8, 2025

_____
JAMES C. MAHAN
United States District Judge

3