MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:24-CR-00063-JCM-NJK |
| vs. | ) **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| DAVID DAVIS, | ) |
| Defendant. | ) **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED and AGREED, by and between DAVID DAVIS, Defendant, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY, and United States Attorney, by and through SIGAL CHATTAH, Acting United States Attorney and STEVEN J. ROSE, Assistant United States Attorney, that the conditions of pretrial release be modified to suspend the GPS monitoring.

This stipulation is entered into for the following reasons:

1. Defendant was placed on pretrial release on April 15, 2024 (ECF 63).

2. The parties no longer believe this condition is necessary.

3. The parties agree that Mr. Davis's period of GPS monitoring should be terminated.

4. U.S. Probation Officer Favela has informed counsel that Mr. Davis has been fully compliant with all terms of his pretrial release. Accordingly, U.S. Probation and U.S. Probation Officer Favela, agrees with the proposed modifications.

5. This is the second request to modify conditions of pretrial release.

DATED: September 15, 2025.

| WRIGHT MARSH & LEVY | SIGAL CHATTAH |
| --- | --- |
| | Acting United States Attorney |
| By /s/ *Monti Jordana Levy* | By /s/ *Steven Rose* |
| MONTI JORDANA LEVY, ESQUIRE | STEVEN ROSE |
| Counsel for Defendant | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID DAVIS,<br><br>    Defendant. | Case No. 2:24-CR-00063-JCM-NJK<br><br>**ORDER** |

This matter having come before the Court on the parties' Stipulation to Modify Conditions of Pretrial Release, hereby orders as follows:

    1.    Defendant Davis' conditions of GPS monitoring will be modified to terminate the condition of GPS monitoring, effective immediately; and

    2.    All other conditions of his pretrial release remain effective, for now, in full force and effect.

    DATED this __16th__ day of September, 2025.

                                                    _____
                                                  UNITED STATES MAGISTRATE JUDGE